1124

No. 96–8832. ASSA'AD-FALTAS v. ROGERS. C. A. 4th Cir. Certiorari denied.

No. 96–8833. COOLIDGE v. BLOCK DRUG, INC. C. A. 8th Cir. Certiorari denied.

No. 96–8834. SETCHELL v. LITTLE SIX, INC. Sup. Ct. Minn. Certiorari denied.

No. 96–8835. BROWN v. NETHERLAND, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 96–8839. BOND v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 96–8840. WASHINGTON v. OAKLAND UNIFIED SCHOOL DISTRICT. C. A. 9th Cir. Certiorari denied. F. 3d 518.

No. 96–8841. CADEJUSTE v. WELCH, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–8843. DICESARE v. COWLEY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–8848. BATES v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 96–8852. CURTIS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 96–8854. VISCIOTTI v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 96–8856. ELEY v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 96–8872. SMITH v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 96–8880. KOVACIK v. HACKEL ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–8881. MARR v. WRIGHT, SUPERINTENDENT, CLALLAM BAY CORRECTIONAL FACILITY. C. A. 9th Cir. Certiorari denied.